| Return |||
|---|---|---|
| Case No.: 22-947M(NJ) | Date and time warrant executed: 08/12/2022 8:01 am | Copy of warrant and inventory left with: USPS Priority 9505 5100 4757 2220 7342 28 |
| Inventory made in the presence of: Mario Lantigua and Joel Tomas |||
| Inventory of the property taken and name(s) of any person(s) seized: Search and seizure warrant 22-947M(NJ): contain (2) Ziplock bags filled with green leafy substances suspected to be marijuana weighing approximately 947 grams. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/18/2022

*Mario Lantigua*
*Executing officer's signature*

Mario Lantigua Postal Inspector
*Printed name and title*